UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>JUDAH CONRAD WAINSCOAT,<br><br>　　　　　　　　Defendant. | CR   20-CR-40096<br><br>REDACTED INDICTMENT<br><br>Possession of a Firearm While Under Indictment<br><br>18 U.S.C. §§ 922(n) and 924(a)(1)(D) |

The Grand Jury charges:

On or about April 27, 2020, at Sioux Falls, in the District of South Dakota, the Defendant, Judah Conrad Wainscoat, while subject to an indictment filed in state court in South Dakota that charged a crime punishable by imprisonment for a term exceeding one year, did receive a firearm, namely, a Glock GmbH, model 17 Gen 5, 9 x 19 mm Luger caliber, semi-automatic pistol, bearing serial number BHGE940, which had been shipped and transported in interstate commerce, all in willful violation of 18 U.S.C. §§ 922(n) and 924(a)(1)(D).

A TRUE BILL:

**NAME REDACTED**

_____
Foreperson

RONALD A. PARSONS, JR.
United States Attorney

By: _[signature]_