# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# SOUTHERN DIVISION

Veronica L. Duffy United States Magistrate Judge Presiding

| | |
|---|---|
| Courtroom Deputy - MSB<br>Courtroom - SF #3<br>US Probation Officer – Roy Weber | Court Reporter – FTR<br>Date – November 19, 2020 |

4:20-CR-40096-KES-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>JUDAH CONRAD WAINSCOAT<br><br>Defendant. | Jeff Clapper<br><br><br><br><br>Matt Powers |

TIME HEARING SCHEDULED TO BEGIN 1:00 PM

TIME:

1:00 PM      Enter bond hearing before the Hon. Veronica L. Duffy, United States Magistrate Judge, Sioux Falls, SD.

Counsel appears remotely and state their appearances for the record.  Defendant appears remotely and consents to do so.

Defense requests bond and states their reasons

Government does not oppose release

The Court orders the defendant released with conditions and reviews conditions with the defendant.  Defendant understands.

Court advised defendant of penalties for violating conditions.

1:11 PM      Court in recess.