# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

Veronica L. Duffy United States Magistrate Judge Presiding

| | |
|---|---|
| Courtroom Deputy - VMM | Court Reporter – FTR |
| Courtroom - SF #1 | Date – January 30, 2023 |
| U.S. Probation Officer – Brian Messner | |

4:20-CR-40096-001-KES

| | |
|---|---|
| UNITED STATES OF AMERICA | Jeff Clapper |
| Plaintiff, | |
| vs. | |
| JUDAH CONRAD WAINSCOAT | Hannah Moravec |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 10:30 a.m.

TIME:

10:31 a.m.   Enter initial appearance, arraignment, and detention hearing on the Petition to Revoke Supervised Release before the Honorable Veronica L. Duffy, United States Magistrate Judge.

Counsel state their appearances for the record.

Mr. Clapper reads the allegations listed in the petition to revoke supervised release.

The court informs Judah Conrad Wainscoat of his rights.

Hannah Moravec is appointed as counsel for the defendant.

Wainscoat waives his preliminary hearing.

The court enters a denial to the allegations on behalf of the defendant.

The defendant requests release.
The government opposes release.

The court enters an order of detention

10:48 a.m.      Court adjourned.