# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA

Karen E. Schreier United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - VMM | Court Reporter – Carla Dedula |
| Courtroom - SF #2 | Date – February 13, 2023 |
| U.S. Probation Officer – Brian Messner | |

4:20-CR-40096-001-KES

| | |
|---|---|
| UNITED STATES OF AMERICA | Jeff Clapper |
| Plaintiff, | |
| vs. | |
| JUDAH CONRAD WAINSCOAT | Hannah Moravec |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 1:00 p.m.

TIME:

1:01 p.m.   Enter non-evidentiary final revocation hearing.

   Judah Conrad Wainscoat is sentenced to 3 months in custody followed by 2 years of supervised release.

1:29 p.m.   Court adjourned.